AO91 (Rev. 12/03)    Criminal Complaint                                                                              AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                                    **CRIMINAL COMPLAINT**
                    vs.

Jose Fernando LOPEZ-Lona                                          Case Number: 1:18-po-1790
 A215 716 159  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 14, 2018__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on June 14, 2018. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on June 14, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/  Flores, Hector  Border Patrol Agent
Signature of Complainant

Flores, Hector    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 16, 2018                                                                              at    Brownsville, Texas
Date                                                                                                    City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                Title of Judge                                                    Signature of Judge